CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff, Scott Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 3:22-cv-01124-VC |
|     Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES |
|   v. | |
| PAUL BUNCKE, in individual and representative capacity as Trustee of The Buncke Survivor's Trust u/a/d December 22, 1981; Trustee of The Buncke Marital Trust u/a/d December 22, 1981; and Trustee of the Paul Buncke Trust u/a/d October 23, 2001; ADELE CONSTANCE BUNCKE, in individual and representative capacity as Trustee of the Adele Buncke Revocable Trust u/a/d October 23, 2001; GREGORY M. BUNCKE, in individual and representative capacity as Trustee of the Greg Buncke Trust, under agreement dated April 4, 2002, | |
|     Defendants. | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated

within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: April 8, 2022                    By: Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff